IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGEL CONCEPCION, | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| vs. | )    **CIVIL NO. 09-256-GPM** |
| | ) |
| ROGER D. MULCH, *et al.*, | ) |
| | ) |
|        **Defendants.** | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

      This matter is before the Court on Plaintiff's notice informing the Court that he would like to voluntarily dismiss this civil action, which the Court has construes as motion for voluntarily dismissal (Doc. 6). Federal Rule of Civil Procedure 41(a)(1)(A) provides that Plaintiff "may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As the instant case is still under threshold review, Defendants have not even been served with process and, therefore, Defendants have not served either an answer or a motion for summary judgment. Consequently, Plaintiff may voluntarily dismiss this action, without prejudice, pursuant to Rule 41(a)(1)(A). Accordingly, Plaintiff's motion to dismiss (Doc. 6) is **GRANTED**, and this action is **DISMISSED** without prejudice. All pending motions are denied as moot. The Clerk of Court is **DIRECTED** to close this case on the Court's docket.

      **IT IS SO ORDERED.**

      DATED: 10/19/09

                                              s/ *G. Patrick Murphy*
                                              G. PATRICK MURPHY
                                              United States District Judge